THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. SMITH, Respondent, *v.* DOUGLAS I. MCKAY, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Smith* v. *McKay*, 163 App. Div. 668, affirmed.
(Argued November 11, 1914; decided December 1, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1914, which annulled, on certiorari, the proceedings of the defendant in dismissing the relator from the police force of the city of New York and reinstated said relator.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for appellant.

*Arnon L. Squires* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.